No. 59069.—J. T. Steeb & Co., Inc., a/c Sprouse-Reitz Co., Inc. *v.* United States, protest 98742–K (Portland, Oreg.).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiff was sustained.

No. 59070.—Frederick Lunning, Inc., and American Express Company et al. *v.* United States, protests 244677–K, etc. (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of wooden animal figures similar in all material respects to those the subject of Abstract 55996, the claim of the plaintiffs was sustained.

No. 59071.—S. E. Laszlo et al. *v.* United States, protests 233756–K, etc. (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).